# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 19-641

**STATE OF LOUISIANA**

**VERSUS**

**TRACEY N. WILLIAMS**

\*\*\*\*\*\*\*\*\*\*

### REMAND FROM
### THE SUPREME COURT OF LOUISIANA
### 2020-K-00473

\*\*\*\*\*\*\*\*\*\*

### APPEAL FROM THE
### FOURTEENTH JUDICIAL DISTRICT COURT
### PARISH OF CALCASIEU, NO. 16917-17
### HONORABLE DAVID A. RITCHIE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

### JOHN E. CONERY
### JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Elizabeth A. Pickett, Phyllis M. Keaty, and John E. Conery, Judges.

**REVERSED.  REMANDED FOR NEW TRIAL.**

**Chad M. Ikerd**
**Louisiana Appellate Project**
**Post Office Box 2125**
**Lafayette, Louisiana 70502**
**(225) 806-2930**
**COUNSEL FOR DEFENDANT/APPELLANT:**
**Tracey N. Williams**

**Tracey N. Williams**
**David Wade Correctional Center**
**670 Bell Hill Road**
**Homer, Louisiana 71040**
**PRO-SE DEFENDANT/APPELLANT:**
**Tracey N. Williams**

**John F. DeRosier**
**District Attorney**
**14th Judicial District**
**Post Office Box 3206**
**Lake Charles, Louisiana 70602-3206**
**(337) 437-3400**
**COUNSEL FOR APPELLEE:**
**State of Louisiana**

**John E. Turner**
**Assistant District Attorney**
**14th Judicial District**
**901 Lakeshore Drive, Suite 800**
**Lake Charles, Louisiana 70601**
**(337) 437-3400**
**COUNSEL FOR APPELLEE:**
**State of Louisiana**

**Honorable Jeffrey M. Landry**
**Attorney General**
**Post Office Box 94005**
**Baton Rouge, Louisiana 70804**
**(225) 326-6200**
**COUNSEL FOR RESPONDENT:**
**Attorney General of the State of Louisiana**

**CONERY, Judge.**

On December 10, 2018, Defendant, Tracey N. Williams, was convicted by an eleven-to-one jury of indecent behavior with a juvenile, a violation of La.R.S. 14:81. The trial court imposed a twenty-year sentence to be served at hard labor.

Defendant sought review by this court and argued, in part, that the non-unanimous verdict was unconstitutional. This court affirmed the conviction and sentence, finding no merit in Defendant's contention that the eleven-to-one jury verdict rendered in his case violated his due process and fair trial rights. *See State v. Williams*, 19-641 (La.App. 3 Cir. 3/4/20) (unpublished).[1]

While Defendant's writ application was pending with the Supreme Court of Louisiana, the United States Supreme Court rendered *Ramos v. Louisiana*, _ U. S. _, 140 S.Ct. 1390 (2020) and determined that non-unanimous decisions are not permissible under the Sixth Amendment of the United States Constitution and that the prohibition applies to the states through the Fourteenth Amendment. The Supreme Court explained that the ruling is applicable to cases pending on direct review. *Id.* The Supreme Court of Louisiana thus remanded this case for reconsideration. *State v. Williams*, 20-473 (La. 9/8/20), 301 So.3d 14.

As noted in the original opinion, the verdict in this case was eleven-to-one and Defendant objected at the time the jury was polled. *Ramos*, _ U.S. _, thus requires that Defendant's conviction and sentence be vacated and the matter remanded for a new trial. *See, e.g., State v. Leday*, 19-105 (La.App. 3 Cir. 6/10/20), 298 So.3d 887.

---

[1] 2020 WL 1047356.

## DECREE

For the foregoing reasons, Defendant's conviction and sentence are reversed. This matter is remanded for a new trial pursuant to *Ramos v. Louisiana*, _ U.S. _, 140 S.Ct. 1390 (2020).

**REVERSED. REMANDED FOR NEW TRIAL.**